**Yvonne W. Rosmarin**
Attorney at Law

ConsumerProtection

58 Medford Street
Arlington, MA 02474

August 2, 2004

Hon. Reginald C. Lindsay
United States District Court
1 Courthouse Way
Boston, MA 02210

          Re:    Edge v. Commonwealth Receivables, Inc., *et al.*
                 U.S. District Court, No. 04-10578 RCL

Dear Judge Lindsay:

      The above case is scheduled for a Scheduling Conference on August 18, 2004. The parties have reached agreement in principal, executed a settlement agreement and are in the process of completing all of the requirements of that settlement agreement. I anticipate that the settlement of this case will be completed prior to Labor Day if all goes as expected.

      I am requesting that, under the circumstances, the Court remove this case from its calendar for August 18 and postpone the Scheduling Conference in anticipation of the impending completion of the parties' settlement. This will save both the Court and the parties time and will reduce the costs to the parties.

      Thank you for your consideration of this request.

                                                                 Sincerely,

                                                                   Yvonne W. Rosmarin

cc:    John J. O'Connor