**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LINDA FLINT EDGE,<br>individually and on behalf of all others<br>similarly situated,<br>      Plaintiff,<br><br>     v.<br><br>COMMONWEALTH RECEIVABLES, INC.<br>and CHAD E. GOLDSTONE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-10578  RCL |

## STIPULATION OF DISMISSAL

The Plaintiff, Linda Flint Edge, and the Defendants, Commonwealth Receivables, Inc.
and Chad E. Goldstone, by their attorneys do stipulate and agree that the above action be
dismissed with prejudice, waiving all rights of appeal, and each party to bear its own costs.

The Plaintiff, by her attorney,

Yvonne W. Rosmarin  BBO# 566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

The Defendants, by their attorney,

John J. O'Connor  BBO# 555251
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100